No. 4247.—El Pueblo, Apldo., *v.* Santiago, Aplte.—C. D. Arecibo. Enero 20, 1928. Celebrada la vista de esta apelación en pleito sobre expropiación forzosa para las obras del riego público de Isabela en el que la corte inferior dictó sentencia decretando la expropiación y fijando la cantidad de tres mil dollars como precio de ella y por indemnización de daños y perjuicios de la misma, con la que no está conforme el apelante por entender, según dice en su alegato, que deben concedérsele seis mil dollars por el valor de la finca y una indemnización razonable por los perjuicios; y apareciendo que la evidencia fué contradictoria en esos particulares y que ese conflicto fué decidido por la corte en favor del demandante sin manifiesto error, debemos confirmar y *confirmamos la sentencia apelada.*

No. 691.—Martínez, Recurrente, *v.* Registrador de la Propiedad de Mayagüez, Recurrido.—Enero 23, 1928. Apareciendo que la única cuestión envuelta en el presente recurso es si procede o no la inscripción en un registro de la propiedad, como título traslativo del dominio de bienes radicados en Puerto Rico, la copia certificada de un auto de declaratoria de herederos dictado por el Juzgado de Primera Instancia del Distrito de Chamberí, Madrid, España; y visto el caso de *Godet* v. *El Registrador* 31 D:P.R. 716, *se confirma* la nota del Registrador.